IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELBERT THOMAS MARTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. FRIEDERICHS, M.D.; CORNELL CLARK, M.D.; JOSEPH CHUDY, M.D., Chief Medical Officer; C. SINNACO, M.D.; Lieutenant R. A. PEREZ; and JOHN DOE 2,<br><br>　　　　Defendants.　　　　　　　／ | No. C 08-2990 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case that originally was filed in the United States District Court for the Eastern District of California. The defendants named in the original complaint were in several different places; the Eastern District court transferred the portion of the case which was against Northern District defendants – those named in the caption above – to this court, and other portions of the case to other courts. In an initial review order entered on July 25, 2008, the portion of the complaint relevant to the Northern District defendants was dismissed with leave to amend within thirty days. The deadline for amendment has passed and plaintiff has not amended. Because the unamended complaint does not state a claim against any of the above defendants, the case is **DISMISSED** with prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September  8 , 2008.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\MARTIN2990.DSM-no amen.wpd